No. 82–298.   ANACONDA CO. *v.* FRANCHISE TAX BOARD OF CALIFORNIA.   Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.

No. 81–1834.   BARTOW COUNTY BANK ET AL. *v.* BARTOW COUNTY BOARD OF TAX ASSESSORS ET AL.   Appeal from Sup. Ct. Ga.   Judgment vacated and case remanded for further consideration in light of *American Bank & Trust Co.* v. *Dallas County, ante,* p. 855.